447 F.2d 484
 66 Lab.Cas. P 12,038
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
BRICKLAYERS AND STONE MASONS, LOCAL UNION NO. 6,
BRICKLAYERS, MASONS& PLASTERERS' INTERNATIONAL
UNION OF AMERICA, AFL-CIO, Respondent.
No. 71-1633 Summary Calendar.*
*Rule 18, 5th Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Sept. 10, 1971.
 
 Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., Elmer P. Davis, Director, Region 16, N.L.R.B., Fort Worth, Tex., for petitioner
 O. R. 'Buddy' Wright, Fort Worth, Tex., Tom Upchurch, Jr., Amarillo, Tex., for respondent.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966